FILED

SEP 26 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1    **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

2    Name: VASQUEZ     RICHARD     CHARLES

3         *(Last)*          *(First)*          *(Middle Initial)*

4    Prisoner Number:    17030227

5    Institutional Address:    885 N. SAN PEDRO STREET    (PR)

6         SAN JOSE, CA. 95110

7

8                        **UNITED STATES DISTRICT COURT**    **KAW**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10   RICHARD CHARLES VASQUEZ  **CV 17 5561**

     *(Enter your full name.)*

11                                   )
                                     )    Case No. _____
12            vs.                    )    *(Provided by the clerk upon filing)*
     1.) SANTA CLARA COUNTY SHERIFFS )
13                                   )    **COMPLAINT UNDER THE**
     2.) SAN JOSE POLICE DEPARTMENT  )    **CIVIL RIGHTS ACT,**
14                                   )    **42 U.S.C. § 1983**
15   _____)
     *(Enter the full name(s) of the defendant(s) in this action.)* )
                                     )
16

17   **I. Exhaustion of Administrative Remedies.**

18   *Note:* *You must exhaust available administrative remedies before your claim can go*
           *forward. The court will dismiss any unexhausted claims.*
19

20   A.   Place of present confinement SANTA CLARA COUNTY JAIL

21   B.   Is there a grievance procedure in this institution?   YES ☑   NO ☐

22   C.   If so, did you present the facts in your complaint for review through the grievance

23        procedure?   YES ☑   NO ☐

24   D.   If your answer is YES, list the appeal number and the date and result of the appeal at each

25        level of review. If you did not pursue any available level of appeal, explain why.

26        1. Informal appeal: THIS IS A MEDICAL NEGLIGENCE

27        ISSUE, AND HAS NOW BECOME A DOCTOR(S)/NURSE(S)

28        NEGLIGENCE SITUATION. I'VE REQUESTED HELP

1    2. First formal level: THROUGH THEM, VIA. WHITE

2    CARDS (MED. STAFF), GRIEVANCE THROUGH INSTITUTION

3    9-11-17, NOT RESOLVED

4    3. Second formal level: THEY GAVE ME INADEQUATE

5    AND SUPERFICIAL HELP THROUGH MEDICAL TEC.

6    _____

7    4. Third formal level: I STILL HAVE NOT GOTTEN TO

8    SEE A DOCTOR FOR MY PAIN(S) OR CURRENT

9    AND ONGOING SUFFERING.

10   E.   Is the last level to which you appealed the highest level of appeal available to you?

11        YES ☒        NO ☐

12   F.   If you did not present your claim for review through the grievance procedure, explain why.

13   THIS ISSUE IS NOT DIRECTLY RELATED TO MY

14   INCARCERATION SO IT IS NOT BEING PRIORITIZED

15   CORRECTLY, OR AT ALL.

16   **II.   Parties.**

17   A.   Write your name and present address.  Do the same for additional plaintiffs, if any.

18   RICHARD CHARLES VASQUEZ, 7A-Z1/MAIN JAIL NORTH

19   885. N. FIRST ST, SAN JOSE, CA, 95110

20   _____

21   B.   For each defendant, provide full name, official position and place of employment.

22   1.)   MEDICAL STAFF/AT SANTA CLARA COUNTY CO.

23   MAIN JAIL NORTH, (SANTA CLARA COUNTY SHERIFFS

24   CUSTODY DIVISION.

25   2) OFFICER T. JONES/I.D. NO. 4330 SAN JOSE

26   POLICE DEPARTMENT

27   _____

28   _____

PRISONER COMPLAINT (rev. 8/2015)
*Page 2 of 3*

**III. Statement of Claim.**

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

I WAS INVOLVED IN A TRAFFIC ACCIDENT, (SEVERE) AND SUBSEQUENTLY ARRESTED FOR A NON-RELATED WARRANT BY THE SAN JOSE POLICE DEPARTMENT. I WAS NOT SEEN FOR MY INJURIES, WHICH WERE COMPOUNDED BY A PRIOR NON-RELATED ACCIDENT. I'VE BEEN IN EXCRUCIATING PAIN EVER SINCE AND HAVE NOT SEEN A DOCTOR, EVEN THOUGH I HAVE REPEATEDLY ASKED THE MEDICAL STAFF HERE.

**IV. Relief.**

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

I BELEIVE I SHOULD BE PROVIDED PROPER MEDICAL CARE. I ALSO FEEL I SHOULD BE COMPENSATED FOR UNNESSASARY PAIN AND SUFFERING ALSO FOR POSSIBLE IF NOT PROBABLE PERMANENT NECK AND BACK PAIN DUE TO PHYSICAL TRAUMA AND NEGLECT.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 9-14-2017         _____
         Date                          Signature of Plaintiff

PRISONER COMPLAINT (rev. 8/2015)
*Page 3 of 3*